RECEIVED
OCT 1 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12-6-06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CARROLL HAMILTON | CIVIL ACTION NO. 06-0967 |
| VS. | SECTION P |
| LYNN COOPER, WARDEN | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

THUS DONE AND SIGNED, in Chambers, in Lafayette, Louisiana, on this ____ day of _____, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE